# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 91-CR-30023-WDS |
| LESTER DORTCH, | ) | |
| Defendant. | ) | |

# ORDER

**STIEHL, District Judge:**

Defendant Lester Dortch has filed a motion for a retroactive reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 390). The Court appointed the Federal Public Defender to this case, and counsel filed a motion to withdraw on the grounds that the defendant is not eligible because he was sentenced entirely upon powder, and not crack cocaine (Doc. 394).

Upon review of the record, the Court **FINDS** that the defendant is not eligible for the relief he seeks. He was sentenced based exclusively on powder cocaine offenses, and not on crack cocaine, therefore there is no relief available to him based on the retroactive application of the Sentencing Guidelines.

Therefore, the Court **DENIES** defendant's motion for retroactive reduction in sentence on all grounds raised (Doc. 393).

The motion to withdraw (Doc. 394) is **GRANTED**.

**IT IS SO ORDERED.**

**DATE:** 05 October, 2012

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE